FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 09 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# CV-10-104-EFS

Statements transcribed by Mrs. Clark on February 17, 2008 taken from Rasmussen's recorded conversation with the Clarks on January 19, 2007

1. Rasmussen states than when he informed the Sheriff Thayer and city police chief Mechesnic that he had received a letter from the Florida DMV informing him that Mr. Clark's license was not, in fact, under suspension and that Mr. Clark was innocent of the criminal charge of driving while license suspended, he was met with retorts like, "We gotta teach him a lesson."

2. To which Mr. Rasmussen responded, "I don't think he's amenable to the kind of education you've got to offer. We can lock him in jail for 90 days and he's not going to come out any better educated than he already is."

3. They said, "We want him in jail, he thinks he's above the law."

4. Rasmussen then accused them of being the 'thought police', and that he didn't think that there was any justification in coercing a person to the point where they want to change how they think. He said, "The problem they have with you is that you haven't been quiet about what you think."

5. Rasmussen stated, "I thought it a travesty and I wasn't going to participate. I told them that and they said, 'well its gonna get out then, that you don't enforce the law'."

6. Rasmussen replied, "Why should I treat Jimmy Clark any different than I would anybody else? Anybody else who hasn't had a violation in 30 damn years who comes in with a NO VAL 1 is going to get a NO VAL 2.

7. Rasmussen states, "Just then the phone rang and the chief says, 'This is the mayor on the phone. Do you want me to get the mayor over here and let him tell you how seriously we take this case and how much we think you ought to make this case criminal'."

8. Rasmussen said, "I'm not gonna do that. So, they were angry and they said some things about; they put a spin on it such that, I wasn't doing my job by not being willing to prosecute you as a criminal."

9. Rasmussen said, "The sheriff poked me so I sort of poked him back, so the meeting continued with them being unhappy because I was unwilling to treat you any different than I would anybody else."

10. Rasmussen said they told him if he wasn't gonna prosecute cases for the city of Colville then they would make sure that his office no longer got the contract to prosecute them and that it would hurt his budget by cutting it out.

11. Rasmussen responded, "Well, fine and dandy, that will be fewer cases for my office to handle, and if you want to hire your own prosecutor, I said, go get him."

Numerous other statements were made, but these are sufficient to convey the gist of the criminal conspiracy engaged in against Mr. Clark by arbitrary local government officials.

*Toni Lea, Clark*
Toni Lea, Clark