AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JIMMY ELLIS, CLARK,

          Plaintiff,

                    JUDGMENT IN A CIVIL CASE

          v.

JUDGE SYPOLT,

                    CASE NUMBER: CV-10-104-EFS

          Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint is dismissed with prejudice pursuant to the Order Dismissing Amended Complaint With Prejudice entered on July 12, 2010, Ct. Rec. 13.

July 12, 2010                                                  JAMES R. LARSEN
*Date*                                                          *Clerk*

                                                                           s/ Cora Vargas
                                                                           *(By) Deputy Clerk*
                                                                           Cora Vargas